UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

PAUL DANIEL OSTERBYE and
LORNA YVONNE OSTERBYE,

      Debtors.
_____/

CASE NO. 08-40859-LMK
CHAPTER 7

## CONSENT MOTION FOR RELIEF FROM STAY

Secured creditor, The Bank of Tallahassee ("The Bank") files its motion for relief from stay pursuant to 11 U.S.C. § 362(d) and says:

1.    Debtors filed a petition for relief under Chapter 7 of the Bankruptcy Code on November 26, 2008.

2.    The Bank is the owner and holder of a note and mortgage on Lot 12, Lanark Village Florida, Loan Number 4004-53-00 in the principal amount of $330,135.00, with a total balance owing of $358,826.13. A true and accurate copy of said note and mortgage is attached hereto as Exhibit A.

3.    Debtors are in default under the terms of the note and mortgage by failing to make a mortgage payment to The Bank since October 5, 2007. Debtors have not offered payments sufficient to preserve The Bank's security interest.

4.    Attached hereto as Exhibit B is an affidavit signed by an appropriate officer of The Bank reflecting a debt of $358,826.13 as of January 6, 2009.

5.    The debt representing the secured interest is increasing with the passage of time by virtue of accruing interest, attorney fees and costs. Attached hereto as Exhibit C is

the most recent independent appraisal by Calloway & Company, Inc., of the fair market value of the mortgaged property dated January 29, 2008, which shows an appraised value at that time of $240,000.00. Attached hereto as Exhibit D is a letter from Calloway & Company, Inc. dated November 20, 2008 showing the most recent sales activity of vacant waterfront lots in the market area. The only lot sold in Lanark Beach sold for a price of $160,000.00.

6. Accordingly, the Debtors do not have any equity in the property. The Bank should be granted relief from stay in order to take title to the real property through an agreement for deed in lieu of foreclosure.

7. Undersigned counsel has been authorized to represent that: (i) the Debtors consent to the relief sought; and (ii) the Trustee consents to the relief sought.

WHEREFORE, THE BANK requests this Court enter an order granting The Bank relief from stay to take title to the real property referenced above through an agreement for deed in lieu of foreclosure.

RESPECTFULLY SUBMITTED this 13th day of January, 2009.

          s/ Harry O. Thomas
HARRY O. THOMAS (195097)
Radey Thomas Yon & Clark, P.A.
301 South Bronough Street, Suite 200
Tallahassee, Florida  32301
Phone: (850) 425-6654
Fax: (850) 425-6694

COUNSEL FOR SECURED CREDITOR
THE BANK OF TALLAHASSEE

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by U.S. Mail or the Court's Electronic Filing System to the parties listed below on this 13th day of January, 2009.

Paul Daniel Osterbye, Debtor
700 Medallion Way
Tallahassee, FL  32317

Lorna Yvonne Osterbye, Joint Debtor
700 Medallion Way
Tallahassee, FL  32317

Thomas B. Woodward, Esq., Attorney for Debtors
P.O. Box 10058
Tallahassee, FL  32302
Fax: (850) 561-3456

Theresa M. Bender, Trustee
P.O. Box 14557
Tallahassee, FL  32317

United States Trustee
110 E. Park Avenue
Suite 128
Tallahassee, FL  32301

                                                  s/ Harry O. Thomas
                                                  Harry O. Thomas