# CALLOWAY & COMPANY, INC.
REAL ESTATE APPRAISERS AND CONSULTANTS
JOHNNY CALLOWAY STATE CERTIFIED RESIDENTIAL REA 0000932

November 20, 2008

Mr. William F. Mills
President
The Bank of Tallahassee
3425 Thomasville Road
Tallahassee, FL 32309

RE: N 250' of Lot 12, Block X, Lanark Beach Unit 1

Mr. Mills

In accordance with your request, I have researched the area market and consider the following to represent the most recent sales activity of vacant water front lots.

Lot 12 & E 25' of 13, Block Y, Lanark Beach Unit 1 sold 5/08 for $160,000.

W 50' of Lot 47, Block C, St. James Island Park sold 4/08 for $189,000.

Lot 3, E ½ of 18, W ½ of 19, Block F, City of St. George sold 6/08 for $200,000.

If you need more detailed data, or further information, please let me know.

Sincerely

Johnny Calloway
State Cert Res REA 932

Exhibit D