UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

PAUL OSTERBYE and
LORNA OSTERBYE,

CASE NO. 08-40859-LMK

CHAPTER 7

Debtors.
_____/

### REPORT AND NOTICE OF TRUSTEE'S INTENTION TO ABANDON PROPERTY OF THE ESTATE

TO:   Debtor(s), Creditors, and Parties in Interest

NOTICE IS HEREBY GIVEN that Theresa M. Bender ("Trustee"), Chapter 7 Trustee of the referenced bankruptcy estate, intends to abandon the following property of the estate:

PROPERTY DESCRIPTION:

2002 Rampage 38 ft Vessel "Booby Trap" ID#RPGCA148D202

LIENHOLDER NAME & ADDRESS:

Wakulla Bank
P.O. Box 615
Crawfordville, FL 32326

AMOUNT OF SECURED CLAIM:

$249,989.14

FAIR MARKET VALUE:

$150,000.00

Said property is being abandoned for the following reason: The secured creditor holds a valid, perfected security interest in the property, and the amount due exceeds the fair market value of the property.

Dated this 14th day of January, 2009.

Theresa M. Bender, Trustee
P.O. Box 14557
Tallahassee, FL 32317
(850) 205-7777

NOTICE IS HEREBY GIVEN that all objections to the proposed abandonment shall be in writing and shall be filed with the United States Bankruptcy Court, 110 East Park Avenue, Suite 100, Tallahassee, Florida 32301, and a copy of same shall be served on the trustee within fifteen (15) days form the date of mailing of this notice. All objections to the sale must state the basis for the objection and shall include a request for hearing if one is desired. If no objections are filed, the abandonment shall be deemed to be final.

Dated this 15th day of January, 2009.

RONALD A. MOWREY
Florida Bar No. 0122006
RICK A. SAVAGE
Florida Bar No. 0026965
MOWREY & MITCHELL, P.A.
515 North Adams Street
Tallahassee, Florida 32301
Telephone: (850) 222-9482
Telecopier: (850) 561-6867
ATTORNEYS FOR CREDITOR,
WAKULLA BANK