IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In Re:

PAUL DANIEL OSTERBYE
LORNA YVONNE OSTERBYE

CASE NO. 08-40859-LMK
CHAPTER 7

Debtor(s)

_____/

BRANCH BANKING & TRUST COMPANY'S MOTION FOR RELIEF FROM
AUTOMATIC STAY AND REQUEST FOR HEARING

BRANCH BANKING & TRUST COMPANY ("Creditor"), moves the Court, pursuant to Bankruptcy Rules 4001 and 9014, to lift the automatic stay imposed by U.S.C. 362 (a) for cause under 11 U.S.C. 362 (d) (1) and under 362 (d) (2), or in the alternative for adequate protection, and in support of its motion states:

1.  Debtor(s), PAUL DANIEL OSTERBYE and LORNA YVONNE OSTERBYE, filed a Voluntary Petition for Relief under 11 U.S.C., Chapter 7 on January 8, 2009.

2.  Prior to filing of said petition, Debtor executed and delivered to Creditor a Note (Exhibit "A") dated May 29, 2003, in the original principal amount of $196,000.00, which was secured by a Mortgage.  A copy of the Mortgage is attached hereto and marked Exhibit "B" on the property described therein:

> **COMMENCE AT A CONCRETE MONUMENT MARKING A POINT ON THE SOUTH RIGHT-OF-WAY BOUNDARY OF STATE ROAD NO. 158, BUCK LAKE  ROAD, SAID POINT LYING 495.0 FEET WEST OF THE EAST BOUNDARY OF SECTION 29, TOWNSHIP 1 NORTH; RANGE 2 EAST, LEON COUNTY, FLORIDA, AND RUN THENCE SOUTH 89 DEGREES 26**

**MINUTES WEST ALONG THE SOUTH RIGHT-OF-WAY BOUNDARY OF SAID STATE ROAD, A DISTANCE OF 768.0 FEET, THENCE SOUTH 00 DEGREES 33 MINUTES WEST 1037.12 FEET, THENCE SOUTH 89 DEGREES 38 MINUTES WEST 910.83 FEET, THENCE NORTH 89 DEGREES 31 MINUTES WEST OF 420.0 FEET, THENCE NORTH 89 DEGREES 46 MINUTES 10 SECONDS WEST 1130.02 FEET, THENCE SOUTH 00 DEGREES 21 MINUTES WEST 236.81 FEET TO THE POINT OF BEGINNING. FROM SAID POINT OF BEGINNING CONTINUE SOUTH 00 DEGREES 21 MINUTES WEST 250.0 FEET, THENCE NORTH 77 DEGREES 27 MINUTES 26 SECONDS WEST 437.51 FEET, THENCE NORTH 00 DEGREES 23 MINUTES 45 SECONDS WEST 156.71 FEET, THENCE SOUTH 89 DEGREES 46 MINUTES 10 SECONDS EAST 429.68 FEET TO THE POINT OF BEGINNING,**

**THE EASTERLY 60.0 FEET OF THE FOREGOING DESCRIBED PROPERTY BEING SUBJECT TO A ROADWAY EASEMENT.**

**A/K/A 700 MEDALLION WAY, TALLAHASSEE, FL 32317**

3. The account is due for November 1, 2008.

4. As of November 1, 2008, the principal balance was $142,981.05 plus interest due in the amount of $2,020.58 for a total amount now due of $145,001.63, plus interest and costs which continue to accrue.

5. An Affidavit in Support of Motion for Relief from Stay is attached hereto.

6. Creditor does not have, and has not been offered, adequate protection for its interest in the property, which is collateral for the loan.

7. Continuation of the automatic stay will work real and irreparable harm to the Creditor and will deprive Creditor of the adequate protection to which it is entitled under 11 U.S.C. 362 for the following reasons, among others:

(a) Debtor has little to no equity in the property

(b) Interest continues to accrue on this Creditor's claim, which is secured by the lien of Debtor's property without payment, and no payment of principal or interest has been made since default of this obligation as herein alleged; and

(c) Debtor's continued use of the collateral is causing the collateral to decline in value.

8. The Debtor(s) intend to surrender the collateral, as indicated in the Statement of Intentions.

9. The Creditor is obligated to pay its undersigned attorneys' reasonable fees for their services, and those fees and the cost of the foreclosure and Debtor's bankruptcy are secured by the lien of the mortgage.

WHEREFORE, Creditor prays that the automatic stay imposed by 11 U.S.C. 362 (a) be lifted to permit the Creditor to foreclosure on its Mortgage on the property, to dispose of it in accordance with appropriate statutes, and to apply the proceeds therefrom to payment of the indebtedness owed to the Creditor by the Debtor, or in the alternative that adequate protection be granted, and that the Creditor have such other and further relief as is just and proper.

/s/ Peter E. Lanning
Law Offices of Daniel C. Consuegra
   Daniel C. Consuegra/Florida Bar #371300
   Jennifer A. Sesta/Florida Bar #0966339
X Peter E. Lanning/Florida Bar #0562221
   Laura L. Walker/Florida Bar #509434
9204 King Palm Drive
Tampa, Florida 33619-1328
bkfilings@consuegralaw.com
Tel (813) 915-8660
Fax (813) 915-0559
Attorney for Creditor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing with attachments has been served either by electronic or standard first class mail this 23rd day of January, 2009 to PAUL DANIEL OSTERBYE, 1843 HWY. 98 W., CARRABELLE, FL 32322; LORNA YVONNE OSTERBYE, 1843 HWY. 98 W., CARRABELLE, FL 32322; THOMAS WOODWARD, ESQUIRE, PO BOX 10058, TALLAHASSEE, FL 32302; THERESA M. BENDER, TRUSTEE, P.O. BOX 14557, TALLAHASSEE, FL 32317; AND UNITED STATES TRUSTEE, UNITED STATES TRUSTEE, 110 EAST PARK AVENUE, SUITE 128, TALLAHASSEE, FL 32301.

/s/ Peter E. Lanning
Peter E. Lanning, Esquire