UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                              )
                                                    )
PAUL DANIEL OSTERBYE and                            )    Case No. 08-40859-LMK
LORNA YVONNE OSTERBYE,                              )
                                                    )    Chapter 7
              Debtors.                              )
_____)

## ORDER DISMISSING CHAPTER 7 CASE

This case came on for consideration on the Stipulation for Dismissal (docket no. 78) filed on February 16, 2010 on the Motion by Debtors to Dismiss Case as Improvidently Filed (docket no. 50). The United States Trustee, the Debtors, and the Chapter 7 Trustee having stipulated to the dismissal of this case, it is

ORDERED AS FOLLOWS:

1. The Motion to Dismiss Case is granted and this case is dismissed.

2. Paul Daniel Osterbye and Lorna Yvonne Osterbye may not file any subsequent bankruptcy case, jointly or severally, for a period of 18 months from the date on which the Court enters this order.

DONE AND ORDERED in Tallahassee, Florida, this the ___16th___ day of ___February___, 2010.

_____
Lewis M. Killian, Jr.
United States Bankruptcy Judge

This Order Prepared by: Charles F. Edwards, Esq.

Copies to:
United States Trustee
Debtors
Debtors' Attorney
Chapter 7 Trustee
All creditors and parties in interest